UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EBERHART,<br><br>　　　　　Defendant. | Case No. 13-cr-00313-PJH-1<br><br>**ORDER RE TIME TO RESPOND TO DEFENDANT'S APPLICATION FOR RELEASE**<br><br>Re: Dkt. No. 59 |

The court is in receipt of defendant Charles Eberhart's ("defendant") "Emergency Application for Immediate Release Due to the COVID-19 Pandemic." Dkt. 59. Based on that application, the court understands that both the government and probation office will oppose defendant's application. Id. at 2-3.

The court hereby **ORDERS** the government and probation office to file any opposition to the application by **Monday, March 23, 2020**. In particular, such filing should address whether the Santa Rita prison faces any virus-related conditions unique to it, as opposed to prisons more generally.

**IT IS SO ORDERED.**

Dated: March 19, 2020

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge