AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |  |
| Charles William Eberhart | ) | USDC Case Number: CR-13- 00313-001 PJH |
|  | ) | BOP Case Number: DCAN413CR00313-001 |
|  | ) | USM Number: 18192-111 |
|  | ) | Defendant's Attorney: Alanna Coopersmith (Appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): Charge One of the petition filed on September 29, 2022.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Must not commit another, federal, state, or local crime | September 28, 2022 |
|  |  |  |
|  |  |  |
|  |  |  |

The defendant is sentenced as provided in page 2 through of this judgement. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge Two of the petition filed on September 29, 2022, is dismissed on motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/30/2023
Date of Imposition of Judgment

*[signature]*
Signature of Judge
The Honorable Phyllis J. Hamilton
Senior United States District Judge
Name & Title of Judge

3/30/2023
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Charles William Eberhart  
CASE NUMBER:  CR-13- 00313-001 PJH

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Eighteen (18) months custody with no supervised release to follow.

- [✓] The Court makes the following recommendations to the Bureau of Prisons:  
  The defendant to be designated to FCI Herlong due to programming and to facilitate family visits.

- [✓] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at   [ ] am   [ ] pm   on  (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] at   [ ] am   [ ] pm   on  (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL